No. 01–7837. SANSING *v.* ARIZONA. Sup. Ct. Ariz. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ring* v. *Arizona, ante,* p. 584.

No. 01–8716. BELL *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Atkins* v. *Virginia, ante,* p. 304.

No. 01–10635. MODDEN *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Atkins* v. *Virginia, ante,* p. 304.

No. 01–9945. TIDIK *v.* HUNTER ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 01A991. ASHCROFT, ATTORNEY GENERAL, ET AL. *v.* NORTH JERSEY MEDIA GROUP, INC., ET AL. Application for stay, presented to JUSTICE SOUTER, and by him referred to the Court, granted, and it is ordered that the preliminary injunction entered by the United States District Court for the District of New Jersey on May 28, 2002, is stayed pending the final disposition of the Government's appeal of that injunction to the United States Court of Appeals for the Third Circuit.

No. D–2306. IN RE DISBARMENT OF SCHAEFER. Disbarment entered. [For earlier order herein, see 535 U. S. 1092.]